09,297-07

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 05 2015
Abel Acosta, Clerk

Abel Acosta, Clerk
COURT OF CRIMINAL APPEALS
P.O. Box 12308, CAPITOL STATION,
Austin, Texas    78711

Sept. 29, 2015

Re: Delayed Writ Letter, Tr. Ct. No. 905464-E

Dear Clerk

Please find enclosed and file applicant's Delayed Writ
Letter in trial court number 905464-E

Thank You,

Gerald J. Durden #1121671
McConnell Unit
3001 S. Emily Dr.
Beeville, Tx    78102

Cause No. 905464-E

EX PARTE

GERALD JEROD DURDEN
Applicant

IN THE 248TH DISTRICT COURT

OF

HARRIS COUNTY, TEXAS

DELAYED WRIT LETTER

TO THE HONORABLE JUDGE'S OF THE COURT:

Comes now Gerald Jerod Durden, applicant, pro se, in the above styled and numbered cause and respectfully request permission for leave to file this Delayed writ Letter and will show in support as follows:

1). On Aug.10,2015 the Harris County District Clerk file the applicant's application for writ of habeas corpus in cause number 905464-E.

2) On Aug.31,2015 the trial court Ordered the Harris County District Clerk, to transmit the aforemention application to the Court of Criminal Appeals of TEXAS.

Art.11.07 of the Tex.Code of Crim.Proc. requires the District Clerk to forward said in a reasonable amount of time. The Clerk has failed to comply.

WHEREFORE PROMISE CONSIDER: Applicant respectfully request that this Court inquire into the delay of his application.

Respectfully Submitted

Gerald J. Durden 1121671

Applicant - pro se